PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Maria G Pena     Cr.: 20-00455-001
   PACTS #: 2523323

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. PAULEY III
    SENIOR UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/04/2019

Original Offense:    Conspiracy to Steal Public Funds, 18 U.S.C. § 371
    Theft of Public Funds, 18 U.S.C. § 641 & 2 (2 Counts)
    Conspiracy to Steal Public Funds, 18 U.S.C. § 371
    Aggravated Identify Theft, 18 U.S.C. § 1028(A)(a)(1) & 1028(A)(b)

Original Sentence: Time Served, 3 years' supervised release

Special Conditions: Financial Disclosure, New Debt Restriction, Search and Seizure, 500 Hours of Community Service (Modified on October 15, 2020 to 100 Hours), and $357,778 in Restitution.

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/04/2019

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Santiago, Dominican Republic from June 15 to June 26, 2022 for a family reunion. She will be traveling with her family and will be staying with her family. Pena's niece, Catherine Gonell, is aiding her in paying for all the expenses for this trip.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Pena reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Pena has recently moved in with her niece Catherine, and is employed with Vitaquest LLC in West Caldwell, New Jersey. Pena has satisfied her community service hour obligation and she pays $131 monthly towards her financial obligations. To date, she has paid $8,946 towards her restitution. As such, she is in full compliance with the conditions of supervised release.

                                                                               Respectfully submitted,

                                                                               SUSAN M. SMALLEY, Chief
                                                                               U.S. Probation Officer

                                                                               *Elisa Martinez*

                                                                              By:    ELISA MARTINEZ
                                                                                      Supervising U.S. Probation Officer

Prob 12A – page 2
Maria G Pena

/ kam

PREPARED BY:

*Kelly A. Maciel*          *04/08/2022*
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

s/Katharine S. Hayden
Signature of Judicial Officer

4/12/22
Date