PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Maria G Pena     Cr.: 20-00455-001
    PACTS #: 2523323

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. PAULEY III
    SENIOR UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/04/2019

Original Offense:    Conspiracy to Steal Public Funds, 18 U.S.C. § 371 (2 Counts)
    Theft of Public Funds, 18 U.S.C. § 641 and 18 U.S.C. § 2 (2 Counts)
    Aggravated Identify Theft, 18 U.S.C. 1028(A)(a)(1) and 18 U.S.C. § 1028 (A)(b)

Original Sentence: Time Served, 3 years of supervised release

Special Conditions: Financial Disclosure, New Debt Restrictions, Search and Seizure, 500 hours of Community Service, and $357,778 in Restitution.

Type of Supervision: Supervised Release     Date Supervision Commenced: 09/04/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution |

U.S. Probation Officer Action:

Throughout her term of supervised release, Pena has paid $9,339 towards her restitution. Her supervision is due to expire on September 3, 2022 with an outstanding restitution balance of $346,439. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Maria G Pena

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Dana Hafner*

By:  DANA HAFNER
     Senior U.S. Probation Officer

/ kam
PREPARED BY:

*Kelly A. Maciel*          *07/07/2022*
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on September 3, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/7/2022
_____
Date